

# Missouri Court of Appeals
## Southern District

**MARCH 17, 2014**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.    Case No.  SD32795

      Re:    KRISTOPHER LEE MOORE,
              Movant-Appellant,
              vs.
              STATE OF MISSOURI,
              Respondent-Respondent.